IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:13cr73-MHT
                            )            (WO)
OMARIOUS SHARUSSELL GREENE  )
```

## ORDER

This case is before the court on defendant Omarious Sharussell Greene's motion for early termination of supervised release.  Based on the representations made in the motion and by the parties during the hearing on the record on January 11, 2024, including that the motion is not opposed by the probation officer or the government, the court finds that the motion should be granted.  Greene has successfully completed over two years of his four-year term of supervised release, during which he has consistently maintained full-time employment in addition to starting his own business, shown stability in his personal life and residence, and had no incidents of noncompliance. In sum, he has successfully reintegrated into society.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Defendant Omarious Sharussell Greene's motion for early termination of supervised release (Doc. 213) is granted.

(2) The term of supervised release is terminated effectively immediately.

(3) Defendant Greene is discharged.

DONE, this the 11th day of January, 2024.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE